FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

7006 APR -6 P 1: 27

SIGN_____ *DC*
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LARRY D. PAUL

VERSUS

WESTERN AUTO SUPPLY CO.,
merged with ADVANCE
ACQUISITION CORPORATION,
SEARS, ROEBUCK AND CO.;
and NEW YORK LIFE INVESTMENT
MANAGEMENT, L.L.C.

CIVIL ACTION

NUMBER *06-267-JJB-CN*

JUDGE *Brady*

MAG. JUDGE *Noland*

## NOTICE OF REMOVAL

**TO:** The Honorable U.S. District
Court for the Middle District of Louisiana

NOW INTO COURT, through undersigned counsel, comes Sears, Roebuck and Co. ("Sears"), a New York corporation, named a Defendant in the above captioned matter, which files this Notice of Removal from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, in which it is now pending, to the United States District Court for the Middle District of Louisiana. As the basis for removal, Sears respectfully represents that:

1.

On or about March 9, 2006, Sears first received a copy of the initial pleading, the Petition for Damages (the "Petition"), setting forth the claim for relief upon which the action is based. The Citation was served upon CT Corporation System, Baton Rouge, Louisiana, on March 9, 2006. The Petition was filed in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, and entitled "Larry D. Paul v. Western Auto Supply Co., *et al*", No. 541,173, Section 25. Removal is timely. 28 U.S.C. §1446(b).

2.

The 19th Judicial District Court in the for the Parish of East Baton Rouge, State of Louisiana, is within the jurisdiction of the Middle District of Louisiana.

3.

The attorneys involved in this matter are:

Counsel for Plaintiff:

Kevin H. Johnson, Esq.
Law Office of Victor J. Woods, Jr.
301 N. Main St., Ste. 800
Baton Rouge, LA 70825
344-8996

Counsel for Sears:

John David Ziober, Esq.
Kennon, Odom & Dardenne, L.L.C.
P.O. Box 2976
Baton Rouge, LA 70821
383-3733

2

4.

The remaining parties in the action are the Defendants:

a)    Advance Acquisition Corporation, successor-in-merger with Western Auto Supply Co. ("Advance Acquisition"), a Delaware corporation, which has not made an appearance through counsel as of this date, although service has been requested by the Plaintiff; and

b)    New York Life Investment Management, L.L.C. (the "LLC"), believed to be a New Jersey limited liability company.  Service has not been requested upon this Defendant by the Plaintiff.

5.

Copies of all documents filed in the state court record are attached hereto, *in globo*, as Exhibit "A".

6.

This is an action to obtain retirement benefits under an employee welfare plan.  As described in more detail below, this Court has original jurisdiction over the Plaintiff's claims for these benefits under 28 U.S.C. §1331, in that they involve federal questions arising under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, *et seq.* ("ERISA"), a law of the United States of America.  Consequently, this cause of action is removable to this Court pursuant to 29 U.S.C. §1441.  Removal is timely pursuant to 28 U.S.C. §1446B.

3

7.

As more fully set forth in the Plaintiff's Petition, the Plaintiff alleges that the Defendants wrongfully failed to pay his retirement benefits. ERISA comprehensively regulates all employee welfare and pension benefit plans, including medical, dental and vision, life insurance, disability, accidental death and dismemberment and retirement benefits. See 29 U.S.C. §§1002(1), 1002(3) and 1003(a).

8.

ERISA is so comprehensive in its regulation of employee benefit plans that it preempts "any and all state laws insofar as they may now or hereafter relate to any employee benefit plan." 29 U.S.C. §1144(a). Putative employee benefit plan beneficiaries, such as the Plaintiff herein, may sue under ERISA to recover unpaid benefits. See 29 U.S.C. §§1132(a)(1)(B). District courts of the United States have concurrent jurisdiction over these actions. 29 U.S.C. §1132(e)(1).

9.

ERISA's civil enforcement provisions, however, were intended to be the exclusive remedies available to persons asserting claims for benefits from employee benefit plans and to displace all state causes of action. See Pilot Life Ins. Co. v. Dedeaux, 48 U.S. 41, 107 S.Ct. 1549, 95 L.Ed.2d 39 (1987). Even if the Plaintiff's claims are pleaded solely under state law, the action is nevertheless removable to federal court, since all claims for benefits under an employee benefit plan are necessarily federal in character and all such claims pleaded under state law are preempted. See Metropolitan Life Ins. Co. v. Taylor, 481 U.S. 58, 107 S.Ct. 1542, 95 L.Ed.2d 55 (1987). Accordingly, the Plaintiff's exclusive cause of

4

action, if any, with respect to his claims for retirement benefits against Sears arises solely under ERISA, and this Court has federal question jurisdiction.

10.

Alternatively, removal is appropriate, as the Plaintiff is a citizen of the State of Louisiana and the Defendants are domiciled in other states. This Court has diversity jurisdiction over this proceeding. 28 U.S.C. §1332.

11.

Consents for removal will be requested from Advance Acquisition upon its counsel's appearance in this action and the LLC upon service and its counsel's appearance.

12.

The Plaintiff, Larry D. Paul, alleges thirteen (13) years of participation in Advance Acquisition's retirement and/or pension plan. Although no amount is demanded in the Petition, it is reasonably anticipated that the amount in controversy, exclusive of fees and costs, exceeds $75,000. Petition, ¶¶3, 4, 9, 10 and 11.

WHEREFORE, the Defendant, Sears, Roebuck and Co., prays for removal of the above captioned matter from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

KENNON, ODOM & DARDENNE, LLC
356 St. Charles Street
Post Office Box 2976
Baton Rouge, LA 70821
Telephone: 225/343-8368
Facsimile: 225/383-3733

_____
JOHN DAVID ZIOBER
BAR ROLL NO. 13804

Counsel for Defendant, Sears,
Roebuck and Co.

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

LARRY D. PAUL

CIVIL ACTION

NUMBER _____

VERSUS

JUDGE _____

WESTERN AUTO SUPPLY CO.,
merged with ADVANCE
ACQUISITION CORPORATION,
SEARS, ROEBUCK AND CO.;
and NEW YORK LIFE INVESTMENT
MANAGEMENT, L.L.C.

MAG. JUDGE _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 6th day of April, 2006, served a copy of

the above and foregoing Notice of Removal upon counsel for all interested parties via first

class mail, U.S. postage prepaid, to-wit:

    Kevin H. Johnson, Esq.
    Law Office of Victor J. Woods, Jr.
    301 N. Main St., Ste. 800
    Baton Rouge, LA 70825

_____
JOHN DAVID ZIOBER

LARRY D. PAUL              *    NO. 541173  DIV.
                           *    19TH JUDICIAL DISTRICT COURT
VERSUS                     *    PARISH OF EAST BATON ROUGE
                           *    STATE OF LOUISIANA
WESTERN AUTO SUPPLY CO.,   *
MERGED WITH ADVANCE        *    DEPUTY CLERK
ACQUISITION CORPORATION;   *
SEARS, ROEBUCK AND CO.;    *
AND NEW YORK LIFE          *
INVESTMENT MANAGEMENT,     *
LLC                        *
**********************************************************

COST OK Amt. 540°°
152
MAR 06 2006
BY _____ MB
DY CLERK OF COURT

## PETITION FOR DAMAGES

The petition of Larry D. Paul, domiciled in the Parish of East Baton Rouge, State of Louisiana, with respect shows that:

1.

Petitioner is a former employee of Western Auto Supply Company.

2.

Named as defendants herein are:

- Western Auto Supply Company (hereinafter referred to as "Western Auto") merged into Advance Acquisition Corporation( hereinafter referred to as "Advance Auto Parts"), a foreign corporation licensed to do business in the state;

- Sears, Roebuck and Co. (hereinafter referred to as "Sears"), a foreign corporation licensed to do business in the state; and

- New York Life Investment Management, LLC, a foreign limited liability corporation.

3.

On or about 1967, petitioner began working for Western Auto on a part-time basis. In 1968, the petitioner began working on full-time basis for Western Auto.

4.

REC'D C.P.

MAR - 7 2006

**EXHIBIT**
A

803082423001

Petitioner participated in Western Auto's pension plan by contributing a portion of his salary.

5.

At some point in 1981, petitioner ended his employment relationship with Western Auto after being injured on the job.

6.

During the fall of 2004, the petitioner inquired with New York Life Investment Management, LLC (hereinafter referred to "New York Life") to check on the status of his pension, since New York Life oversees Western Auto Supply Company's pension plans. However, the petitioner was told that there was no benefit in his name.

7.

Petitioner contacted Advance Auto Parts. Advance Auto Parts merged with Western Auto, a subsidiary of Sears on or about November 25, 1998. Petitioner was told that there was no record of a pension plan for him.

8.

During the fall of 2005, petitioner spoke with an employee of the Pension Benefit Guaranty Corporation. He was told that there was no record of a pension for him.

9.

Western Auto entered into a contract implied in fact when the petitioner began working for it in 1967. He furnished his services in anticipation of compensation. Western Auto received the benefit of working services and the petitioner was paid for his services.

10.

However, petitioner allowed a portion of his earnings to be deducted in the belief that the money would be matched and allocated towards a pension for him. Again,

603082423002

petitioner contributed a portion of his salary from 1967-1981.

11.

By failing to deliver the pension that the petitioner contributed for close to 13 years, Western Auto breached its contract with the petitioner and is liable to the petitioner for all damages which the petitioner suffered as a result of said breach.

12.

The other defendants are also liable to the petitioner. Western Auto is a subsidiary of Sears and is obligated to the petitioner because of the obligation entered into by its subsidiary. And, Advance Auto Parts is liable because it took over whatever pension obligations that Western Auto had when it merged with Western Auto/Sears./or breached the contract by not producing the pension to the petitioner when requested.

13.

New York Life is liable as the manager of pensions for Sears and/or Advance Auto Parts.

14.

Further, Western Auto, Sears, and Advance Auto Parts are liable for their negligent actions in violation of Louisiana Civil Code article 2315. The defendants stand in a fiduciary relationship to the petitioner. They have a duty to speak to the petitioner about his pension.

15.

The defendants breach the duty to speak to the petitioner about his pension because they were in control of the information pertaining to his pension. They led the petitioner to believe that his pension was fine and had no problems. They had the information to inform of problems

603082423003

with the pension. However, the defendants did not inform the petitioner, but misrepresented to him the status of his pension by never informing him that there may be a problem with it. They knew or should have known that not informing the petitioner with problems concerning the pension would cause problems when he applied to begin collecting his pension.

16.

Defendant Western Auto, Advance Auto Parts and Sears acts of fault, gross and wanton negligence, and lack of skill were the proximate cause of the petitioner having no pension, and the damages were as follows:

    (a) Failure to inform the petitioner that there were problems with his pension;
    (b) Misrepresentation of material facts;
    (c) Full information was available to the defendants at the time of the misrepresentation;
    (d) Defendants were aware of true facts;
    (e) Defendants had a reason to believe that the petitioner would rely on the facts as stated by them;
    (f) Petitioner did not know nor should he have known the true facts because the defendants did not tell him the true facts;
    (g) Petitioner reasonably and detrimentally relied on the misrepresentation
    (h) Such other acts and omissions as will be shown at the trial, all of which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana, which are specifically pleaded herein as if, and as though copied extensor.

17.

Petitioner alleges that the defendants acted in bad faith through their actions. As a result, petitioner is entitled to reasonable attorney fees.

**WHEREFORE**, petitioner, Larry D. Paul, prays that due proceedings be had and there be judgment herein in favor of petitioner and against all named defendants, in solido, for all damages as are reasonable in the premises, together with legal interest thereon from judicial demand until



finally paid, for all cost of these proceedings, together with attorney's fees, and for such other and further, legal and equitable relief as the court shall deem necessary and proper under the premise.

Respectfully submitted,

Kevin H. Johnson(28824)
The Law Office of
Victor J. Woods, Jr.
301 N. Main Street
Suite 800
Baton Rouge, LA 70825
225-344-8996
225-344-9496 (fax)

**PLEASE SERVE:**
**Western Auto Supply Company merged into Advance Acquisition Corporation**
through their agent for service of process:
National Registered Agents, Inc.
1280 Clausel Street
Mandeville, LA 70448

**Sears, Roebuck and Co.**
through its agent for service of process:
CT Corporation System
at 8550 United Plaza Bldg.
Baton Rouge, LA 70809

**Please Hold Service:**
**New York Life Investment Management, LLC**

Through its agent for service of process:
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, LA 70809



803082424000

502-06-P00186

# CITATION

LARRY D PAUL
(Plaintiff)

vs

WESTERN AUTO SUPPLY CO, ET AL
(Defendant)

NUMBER  C541173 SECTION 25

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO.     WESTERN AUTO SUPPLY COMPANY
MERGERD INTO ADVANCE ACQUISITION
THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
NATIONAL REGISTERED AGENTS, INC.
1280 CLAUSEL STREET
MANDEVILLE, LA 70448

GREETINGS:

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.  If you do not do what the petition asks or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 07-MAR-2006.

_Danna J Mahan_ Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney. KEVIN H. JOHNSON

Also attached are the following documents.

## SERVICE INFORMATION:

Received on the _____ day of _____ ____, 20___ and on the _____ day of _____, 20_____ served on the above named party as follows:

PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in the parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named  by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile or anyone legally authorized to represent him

RETURNED: Parish of _____ this ____ day of _____, 20___

SERVICE  $
MILEAGE  $
TOTAL    $

Deputy Sheriff
Parish of East Baton Rouge

CITATION (COP)  2302

_425 P6-000072

# CITATION

BARRY D PAUL
(Plaintiff)

vs

WESTERN AUTO SUPPLY CO, ET AL
(Defendant)

NUMBER  C541173 SECTION 25

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO    SEARS, ROEBUCK AND CO
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **07-MAR-2006**.

_Dianna J. Mahan/Deputy Clerk of Court for_
**Doug Welborn, Clerk of Court**

Requesting Attorney: KEVIN H. JOHNSON

*Also attached are the following documents

---

## SERVICE INFORMATION:

Received on the ____ day of _____ , 20____ and on the _____ day of _____ , 20_____ , served on the above named party as follows

CT CORPORATION SYSTEMS: By tendering same to the within named, by handing same to _____ _____ _____

DOMICILIARY:    After diligent search and inquiry, was unable to find the within named ____ _____ __ ___ of or at home of or anyone legally authorized to represent him

RETURNED: Parish of East Baton Rouge, this: _____ day of _____ , 20_____

| | | |
|---|---|---|
| SERVICE | $_____ | |
| MILEAGE | $_____ | _____ |
| TOTAL | $_____ | Deputy Sheriff |
| | | Parish of East Baton Rouge |

CITATION - 2435

803082425000

**DOUG WELBORN, CLERK OF COURT, 19TH J.D.C.**
**PARISH OF EAST BATON ROUGE**
**P.O. BOX 1991**
**BATON ROUGE, LA 70821-1991**
**PHONE (225) 389-3967**
**FAX (225) 389-3392**

DATE  March 7, 2006        .        Regarding Case Number  C541173   DIV "25"

TO:   ST. TAMMANY PARISH SHERIFF'S OFFICE
      P.O. BOX 1120
      COVINGTON, LA 70434

      (PH# 985-892-8181)

We are enclosing      **Citation**            , in the above numbered suit to be served as
indicated herein.

Please make your return(s) on the duplicate(s) enclosed, and    **bill us for payment of service.**

                          Thank you,

                          Dianna J. Mahan/Deputy Clerk of Court for
                          Doug Welborn, Clerk of Court

Reply:                Date_____

_____

_____

_____

                  By: _____

2425-06-000072

# CITATION

**LARRY D PAUL**
(Plaintiff)

vs.

**WESTERN AUTO SUPPLY CO, ET AL**
(Defendant)

NUMBER C541173 SECTION 25

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**FILED**

MAR 1 0 2006

DEPUTY CLERK OF COURT

TO: **SEARS, ROEBUCK AND CO**
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 07-MAR-2006.

*Dianna J. Mahan Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: KEVIN H. JOHNSON

Also attached are the following documents:

---

SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ , served
on the above named party as follows:

CT CORPORATION SYSTEMS: By tendering same to the within named by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE       $_____
MILEAGE       $_____          _____
TOTAL:        $_____          Deputy Sheriff
                                    Parish of East Baton Rouge

CITATION - 2425

2302-06-000186

# CITATION

| | |
|---|---|
| **LARRY D PAUL**<br>**(Plaintiff)** | NUMBER C541173 SECTION 25 |
| | 19th JUDICIAL DISTRICT COURT |
| **vs.** | PARISH OF EAST BATON ROUGE |
| **WESTERN AUTO SUPPLY CO, ET AL**<br>**(Defendant)** | STATE OF LOUISIANA |

TO:   WESTERN AUTO SUPPLY COMPANY
      MERGERD INTO ADVANCE ACQUISITION
      THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
      NATIONAL REGISTERED AGENTS, INC.
      1280 CLAUSEL STREET
      MANDEVILLE, LA 70448

GREETINGS:

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on 07-MAR-2006.

Dianna J. Mahan/Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: KEVIN H. JOHNSON

Also attached are the following documents:

---

## SERVICE INFORMATION:

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 _____, served
on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile
in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or
his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of _____, this _____ day of _____, 20 ____

| | | |
|---|---|---|
| SERVICE: | $_____ | |
| MILEAGE | $_____ | Deputy Sheriff |
| TOTAL: | $_____ | Parish of East Baton Rouge |



**Rodney J. Strain, Jr.**
**Sheriff St. Tammany Parish**

CLERK OF COURT  EAST BATON ROUGE
P O BOX 1991

BATON ROUGE, LA  70821

**DISTRICT COURT**
For the Parish of St. Tammany
3/14/2006

---

**Case: (17)  C541173**     LARRY D. PAUL vs WESTERN AUTO SUPPLY CO., ETAL
9,714

| Nbr | Date | Service Type | Charges |
|-----|------|--------------|---------|
| 1 | 03/10/2006 | Citation | $20.00 |
| | | WESTERN AUTO SUPPLY COMPANY THRU NATIONAL REGISTERED AGENTS, | |
| 1 | 03/10/2006 | Mileage Charge | $6.80 |

|  | Case Total: | $26.80 |
|--|-------------|--------|

|  | **Total:** | **$26.80** |
|--|------------|----------|

---

| Please make check payable to: |
|---|
| Rodney J. Strain, Jr., Sheriff |
| 701 N. Columbia St. |
| Covington, LA 70433 |

| PLEASE RETURN THIS BILL WITH CHECK |
|---|

$8.00

| | |
|---|---|
| LARRY D. PAUL | NUMBER 541,173, SECTION 25 |
| | 19TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF EAST BATON ROUGE |
| WESTERN AUTO SUPPLY CO., et al | STATE OF LOUISIANA |

## NOTICE OF REMOVAL TO FEDERAL COURT

TO:  Clerk of Court
     19th Judicial District Court
     Parish of East Baton Rouge
     222 St. Louis St.
     Baton Rouge, LA 70802

     Kevin H. Johnson, Esq.
     Law Office of Victor J. Woods, Jr.
     301 N. Main St., Ste. 800
     Baton Rouge, LA 70825

PLEASE TAKE NOTICE that Sears, Roebuck and Co. ("Sears"), a Defendant in the above captioned matter, has this date filed its Notice of Removal, a copy of which is attached hereto, with the office of the Clerk of Court for the United States District Court for the Middle District of Louisiana in Baton Rouge, Louisiana.

APRIL 5, 2006.

By Attorneys,

KENNON, ODOM & DARDENNE, LLC
356 St. Charles Street
Post Office Box 2976
Baton Rouge, LA 70821
Telephone: 225/343-8368
Facsimile: 225/383-3733

JOHN DAVID ZIOBER
BAR ROLL NO. 13804

Counsel for Defendant, Sears, Roebuck and Co.

LARRY D. PAUL

VERSUS

WESTERN AUTO SUPPLY CO., et al

NUMBER 541,173, SECTION 25

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 6th day of April, 2006, served a copy of

the above and foregoing Notice of Removal to Federal Court upon counsel for all interested

parties via first class mail, U.S. postage prepaid, to-wit:

    Kevin H. Johnson, Esq.
    Law Office of Victor J. Woods, Jr.
    301 N. Main St., Ste. 800
    Baton Rouge, LA 70825

JOHN DAVID ZIOBER

2

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

## I. (a) PLAINTIFFS

Larry D. Paul

**DEFENDANTS**

Western Auto Supply, Advance Acquisition, Sears, New York Life

**(b)** County of Residence of First Listed Plaintiff    E. Baton Rouge
(EXCEPT IN U S PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U S PLAINTIFF CASES ONLY)

NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kevin H. Johnson      344-8996
301 N. Main, Ste. 800

Attorneys (If Known)
John David Ziober      344-9376
P.O. Box 2976

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question (U S Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☒ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl  Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☒ 791 Empl  Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer  w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer  w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | Appeal to District |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**
Cite the U S  Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
28 U.S.C. 1331
Brief description of cause:
Claim for retirement benefits

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $
None

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions)
None

JUDGE

DOCKET NUMBER

DATE
4/6/06

SIGNATURE OF ATTORNEY OF RECORD
John David Ziober (#13804)

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE