UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LARRY D. PAUL * CIVIL ACTION NO. 06-267-JJB-CN
*
* JUDGE BRADY
VERSUS *
* MAGISTRATE JUDGE NOLAND
WESTERN AUTO SUPPLY CO., *
Merged with ADVANCE *
ACQUISITION CORPORATION, *
SEARS, ROEBUCK AND CO.; *
And NEW YORK LIFE *
INVESTMENT MANAGEMENT,L.L.C*
AND KATHERINE ANN GEORGE *
*
* * * * * * * * * * * * * *

## AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Larry D. Paul, plaintiff in the above-captioned matter. The Plaintiff respectfully desires to amend his original complaint filed in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, on March 6, 2006 in the following respects:

1.

By adding new paragraph 18 to read as follows:

The Defendants, Western Auto Supply Co., merged with Advance Acquisition Corporation (hereinafter "Western Auto") and Sears, Roebuck and Co. (hereinafter "Sears") have to supply the defendant New York Life Investment Management, L.L.C.(hereinafter "New York Life") with the names of their employees who will have an account with New

York Life. However, Western Auto and Sears did not give the plaintiff's name to New York Life. As a result, the plaintiff does not have a retirement plan.

2.

By adding new paragraph 19 to read as follows:

Louisiana Civil Code articles 2315 and 2316 give protection to persons damaged by the negligent acts of others.

3.

By adding new paragraph 20 to read as follows:

Western Auto and Sears had and still have a fiduciary relationship to the plaintiff. Western Auto and Sears have a contractual relationship with the plaintiff. Both defendants had a legal duty to provide the plaintiff's name to New York Life so that the plaintiff could receive his retirement. Both defendants breached this duty. Further, both defendants had a pecuniary interest in transmitting the names of their employees to New York Life. The plaintiff detrimentally relied on both defendants because he though he had a retirement package which he has now found out he does not have.

4.

By adding new paragraph 21 to read as follows:

Based on Western Auto's breach of duty and Sears' breach of duty, the plaintiff has a cause of action based on negligent misrepresentation. The cause of action arises because of both defendants' negligent acts in not giving the plaintiff's name to New York Life.

**WHEREFORE**, complainant, reiterating the prayer of his original complaint as though set forth at length herein, prays that his original complaint be amended in the above particulars and that, after due proceedings had, there be judgment herein in favor of the complainant, <u>Larry D. Paul</u>, and against all named defendants, in solido, for all damages as are reasonable in the premises, together with all legal interest thereon from judicial demand until finally paid, for all cost of these proceedings, together with attorney fees, and for such other, and further, legal and equitable relief as the Court shall deem necessary and proper under the premise.

                                Respectfully submitted by,

                                <u>/s/Kevin H. Johnson</u>
                                Kevin H. Johnson (28824)
                                The Law Office of Victor J. Woods, Jr.
                                301 N. Main Street, Suite 800
                                Baton Rouge, LA 70825
                                225-344-0009 or 225-344-8996
                                225-344-9496 (fax)

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that I have served a copy of the Amended Complaint on the attorneys of record for the named defendants at the following address by first class mail, postage prepaid, on the 25<u>th</u> day of <u>April</u>, 2006.

<u>/s/Kevin H. Johnson</u>

John David Ziober, Esq.
Kennon, Odom & Dardenne, LLC
P.O. Box 2976
Baton Rouge, LA 70821

Thomas J. Mc Goey II, Esq.
Liskow & Lewis, PLC
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

Joseph F. Berrafati, Esq.
New York Life Insurance Company
Office of the General Counsel
Litigation Section
51 Madison Avenue
New York, NY 10010