UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY D. PAUL | * CIVIL ACTION NO. 06-267-JJB-CN |
| | * |
| | * JUDGE BRADY |
| VERSUS | * |
| | * MAGISTRATE JUDGE NOLAND |
| | * |
| WESTERN AUTO SUPPLY CO. | * |
| Merged with ADVANCE | * |
| ACQUISITION CORPORATION, | * |
| SEARS, ROEBUCK AND CO., | * |
| INVESTMENT MANAGEMENT, LLC. | * |
| | * |

*************************************************************

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1) of FRCP

Now into court, through undersigned counsel, comes the Plaintiff, Larry D. Paul, who respectfully states that:

1.

Movant desires to dismiss the defendant, Sears, Roebuck and Co., without prejudice in the above-captioned matter as allowed by Rule 41(a)(1).

RESPECTFULLY SUBMITTED,

_____
Victor J. Woods, Jr. Esq.
Bar Roll No. 21955
301 N. Main Street, Suite 800
Baton Rouge, LA 70825
Telephone: (225) 344-8996
Facsimile: (225) 344-9496

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that I have on this 6th day of June, 2007, served a copy of the above and foregoing Notice of Dismissal via first class mail, U.S. postage prepaid, to:

John David Ziober, Esq.
Counsel of Record for Sears, Roebuck and Co.
Kennon, Odom & Dardenne, L.L.C.
356 St. Charles Street
P.O. Box 2976
Baton Rouge, LA 70821

_____
Victor J. Woods, Jr., Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY D. PAUL | * CIVIL ACTION NO. 06-267-JJB-CN |
| | * |
| | * JUDGE BRADY |
| VERSUS | * |
| | * MAGISTRATE JUDGE NOLAND |
| | * |
| WESTERN AUTO SUPPLY CO. | * |
| Merged with ADVANCE | * |
| ACQUISITION CORPORATION, | * |
| SEARS, ROEBUCK AND CO., | * |
| INVESTMENT MANAGEMENT, LLC. | * |
| | * |

**************************************************************

## ORDER OF DISMISSAL

Considering the foregoing Notice of Dismissal filed by Victor J. Woods, Jr., Counsel for Plaintiff,

**IT IS ORDERED** that the Notice of Dismissal filed by Victor J. Woods, Jr., on June 6, 2007, is hereby granted.

---
JUDGE BRADY
U.S. DISTRICT COURT JUDGE